# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

November 18, 2002

**Before**

Hon. FRANK H. EASTERBROOK, *Circuit Judge*

Hon. KENNETH F. RIPPLE, *Circuit Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

Nos. 01-3068 & 01-3454

RUBEN GOMEZ-CHAVEZ,
                *Plaintiff-Appellant,*
                *Petitioner-Appellant,*

      *v.*

BRIAN PERRYMAN, District Director,
                *Defendant-Appellee,*

      *and*

IMMIGRATION AND
NATURALIZATION SERVICE,

                *Respondent-Appellee.*

Appeal from the United States
  District Court for the
  Northern District of Illinois,
  Eastern Division.

No. 01-C-5768

**Suzanne B. Conlon**, *Judge*.

_____

Petition to Review Decision of the
Immigration and Naturalization Service.

INS File No. A 75 897-228

**O R D E R**

The opinion of this court issued on October 24, 2002, is amended to read as follows:

(1) Page 4, first full paragraph, line 12 to 13, "notice of appeal from that decision" is changed to "petition for review."

(2) Page 4, first full paragraph, line 15, "appeal" is changed to "petition."

(3) Page 5, first full paragraph, line 6, "Appeal" is changed to "Case."

(4) Page 5, first full paragraph, line 9, "appeal" is changed to "petition for review."

(5) Page 5, first full paragraph, line 21 to 22, "appeal" is changed to "petition."

(6) Page 5, first full paragraph under heading III, line 2, "appeal" is changed to "petition for review."

(7) Page 9, line 11 from the top, "on appeal" is changed to "in a petition for review."

(8) Page 10, second paragraph, line 2, "appeal" is changed to "petition for review."

**SO ORDERED**.